IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MFS SERIES I TRUST, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> FIRSTENERGY CORP., *et al.*, <br><br> Defendants. | Case No. 2:21-cv-05839-ALM-KAJ <br><br> Chief Judge Algenon L. Marbley <br><br> Magistrate Judge Kimberly A. Jolson |
| BRIGHTHOUSE FUNDS TRUST II - MFS® VALUE PORTFOLIO and BRIGHTHOUSE FUNDS TRUST II - MFS® TOTAL RETURNS PORTFOLIO, <br><br> Plaintiffs, <br><br> v. <br><br> FIRSTENERGY CORP. e*t al.*, <br><br> Defendants. | Case No. 2 :22-cv-00865-ALM-KAJ <br><br> Chief Judge Algenon L. Marbley <br><br> Magistrate Judge Kimberly A. Jolson <br><br> Special Master Shawn Judge |

### NOTICE OF WITHDRAWAL OF CO-COUNSEL

PLEASE TAKE NOTICE that Nicole R. Woods is withdrawing her appearance in the above-captioned matter as co-counsel for Plaintiffs MFS Series Trust I, Brighthouse Funds Trust II - MFS® Value Portfolio and Brighthouse Funds Trust II - MFS® Total Returns Portfolio, et al., and requests that (a) her name be removed from any applicable service lists herein, and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to Nicole.Woods@icemiller.com in the above-captioned case.  All remaining Ice Miller LLP attorneys shall continue to receive notices.

4879-4600-4919.2

The withdrawal of Nicole R. Woods as counsel will not cause any prejudice to Plaintiffs or any other party as Plaintiffs will continue to be represented by Trial Attorney, Matthew Fornshell of Ice Miller LLP.

        Respectfully submitted,

        <u>/s Nicole R. Woods</u>
        Nicole R. Woods (0084865)

        <u>/s Matthew L. Fornshell</u>
        Matthew L. Fornshell (0062101)
            TRIAL ATTORNEY
        ICE MILLER LLP
        250 West Street
        Columbus, OH 43215
        T:  614-462-2700
        F:  614-462-5130

        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

        Steven E. Fineman (admitted *pro hac vice*)
        Daniel P. Chiplock (admitted *pro hac vice*)
        Michael J. Miarmi (admitted *pro hac vice*)
        John T. Nicolaou (admitted *pro hac vice*)
        250 Hudson Street, 8th Floor
        New York, NY 10013-1413
        Tel.:  (212) 355-9500
        Fax:  (212) 355-9592
        sfineman@lchb.com
        dchiplock@lchb.com
        mmiarmi@lchb.com
        jnicolaou@lchb.com

        Richard M. Heimann (admitted *pro hac vice*)
        Bruce W. Leppla (admitted *pro hac vice*)
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
        Tel.:  (415) 956-1000
        Fax:  (415) 956-1008
        rheimann@lchb.com
        bleppla@lchb.com

        *Attorneys for Plaintiffs*

4879-4600-4919.2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

/s Matthew L. Fornshell
Matthew L. Fornshell

4879-4600-4919.2